UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HOWREY LLP,<br><br>　　　　Appellant,<br><br>　v.<br><br>DEWEY & LEBOEUF LLP,<br><br>　　　　Appellee. | Case No. 15-cv-03959-JD<br><br>**ORDER TO SHOW CAUSE** |

At 1:30 p.m. on Wednesday, December 16, 2015, the Court called this case for a case management conference.  Counsel for appellee did not appear.

This absence was unexcused and counsel made no request to be excused or continue the hearing date.  No other attorney appearing at the conference had been requested to specially appear on her or her client's behalf.  This failure to appear violates the Court's standing order for civil cases.

Appellee's counsel Cathrine Castaldi is ordered to show cause in writing why the Court should not impose monetary sanctions pursuant to its inherent powers for her failure to appear at a case management conference in this matter.  Ms. Castaldi's response to this order is due by 12:00 p.m. on Tuesday, December 22, 2015.  She is also required to show this Order to her client and confirm to the Court that she did.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
JAMES DONATO
United States District Judge